# EXHIBIT A

## Proposed Order

{C1290074.1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, as Administrative Agent, Collateral Agent, Lender and Issuer<br><br>Plaintiff,<br><br>v.<br><br>FOURTH STREET BARBECUE INC.<br><br>Defendant. | Civil Action No: 2:25-cv-01537-PLD |

**ORDER GRANTING EMERGENCY MOTION OF THE RECEIVER FOR AN ORDER TO (I) APPROVE THE TRANSITION SERVICES AND FUNDING AGREEMENT AND (II) SCHEDULE AN EXPEDITED HEARING ON SALE OF COMPANY ASSETS**

AND NOW, this ____ day of November, 2025, upon consideration of the *Motion of the Receiver for an Order to (I) Approve the Transition Services Funding Agreement and (II) Schedule an Expedited Hearing on the Sale of Company Assets* (the "Motion"),[1] and the Court being satisfied that: (i) the Court has subject matter jurisdiction over this action and personal jurisdiction over the Defendant, and venue properly lies in this district; (ii) the relief is necessary, appropriate, and in the best interest of the Receiver, the estate and its creditors; and (iii) good and sufficient cause appearing therefore; it is hereby:

1. The Motion is Granted as set forth herein.

2. The TSFA is hereby approved on a final basis.

3. A hearing to consider approval of the APA and Proposed Sale is hereby scheduled for _____, 2025 at ____ (Prevailing Eastern Time) in Courtroom

---

[1] All capitalized terms not otherwise defined herein have the meaning given to them in the Motion.

{C1290074.1 }

**9A at the Joseph F. Weiss Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.**

4. The Receiver shall serve notice of this Order on all creditors and parties in interest.

5. The Receiver is authorized to take any and all actions necessary to effectuate the relief granted herein.

BY THE COURT:

_____
PATRICA L. DODGE
United States Magistrate Judge

{C1290074.1}                    -2-