# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, as Administrative Agent, Collateral Agent, Lender and Issuer<br><br>Plaintiff,<br><br>v.<br><br>FOURTH STREET BARBECUE INC.<br><br>Defendant. | Civil Action No: 2:25-cv-01537-PLD<br><br>**Related to ECF No. 46** |

**MOTION TO WITHDRAW, WITHOUT PREJUDICE, EMERGENCY MOTION OF THE RECEIVER FOR AN ORDER (I) APPROVING TRANSITION SERVICES AND FUNDING AGREEMENT; (II) SCHEDULING AN EXPEDITED HEARING ON SALE OF COMPANY ASSETS; AND (III) APPROVING SALE OF COMPANY ASSETS AT THE EXPEDITED HEARING**

AND NOW, comes the Receiver, JS Held, LLC d/b/a MorrisAnderson & Associates, Ltd. and Mr. Mark Welch (together, the "Receiver"), by and through their undersigned counsel, and files this *Motion to Withdraw Emergency Motion of the Receiver for an Order (I) Approving the Transition Services and Funding Agreement; (II) Scheduling an Expedited Hearing on Sale of Company Assets; and (III) Approving Sale of Company Assets at the Expedited Hearing* (the "Motion"), seeking to withdraw, without prejudice, the *Motion of the Receiver for an Order to (I) Approve the Transition Services Funding Agreement and (II) Schedule an Expedited Hearing on the Sale of Company Assets* [ECF No. 46] (the "TSFA/APA Motion").[1] In support of this Motion, the Receiver avers as follows:

---

[1] Capitalized terms not otherwise defined herein have the meaning given them in the TSFA/APA Motion.

1. On November 21, 2025, the Receiver filed the TSFA/APA Motion seeking, *inter alia*, emergency approval of the proposed TSFA and an expedited hearing on the Proposed Sale.

2. At this time, the Receiver is not moving forward with either the TSFA or the APA.

3. Accordingly, and by this Motion, the Receiver seeks to withdraw the TSFA/APA Motion without prejudice.

4. The Receiver is and will remain available to address any questions or concerns the Court may have in connection with this Motion or otherwise.

WHEREFORE, the Receiver requests entry of an order withdrawing the TSFA/APA Motion without prejudice.

Dated: November 24, 2025     Respectfully submitted,

CAMPBELL & LEVINE, LLC

By: */s/ Alexis A. Leventhal*
Alexis A. Leventhal, Esq.
PA I.D. No. 324472
aleventhal@camlev.com
Paul J. Cordaro, Esq.
PA I.D. No. 85828
pcordaro@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310
Fax: 412-261-5066

*Counsel for the Receiver*