IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, as Administrative Agent, Collateral Agent, Lender and Issuer<br><br>Plaintiff,<br><br>v.<br><br>FOURTH STREET BARBECUE INC.<br><br>Defendant. | Civil Action No: 2:25-cv-01537-PLD<br><br>Related to ECF No. 46 |

**ORDER GRANTING MOTION TO WITHDRAW, WITHOUT PREJUDICE, EMERGENCY MOTION OF THE RECEIVER FOR AN ORDER (I) APPROVING THE TRANSITION SERVICES AND FUNDING AGREEMENT; (II) SCHEDULING AN EXPEDITED HEARING ON SALE OF COMPANY ASSETS; AND (III) APPROVING SALE OF COMPANY ASSETS AT THE EXPEDITED HEARING**

AND NOW, on this ___ day of November, 2025, upon consideration of the *Motion to Withdraw Emergency Motion of the Receiver for an Order (I) Approving the Transition Services and Funding Agreement; (II) Scheduling an Expedited Hearing on Sale of Company Assets; and (III) Approving Sale of Company Assets at the Expedited Hearing* (the "Motion") requesting to withdraw, without prejudice, the *Motion of the Receiver for an Order to (I) Approve the Transition Services Funding Agreement and (II) Schedule an Expedited Hearing on the Sale of Company Assets* (the "TSFA/APA Motion") [ECF No. 46] the it is hereby:

1. The Motion is GRANTED as set forth herein.

2. The TSFA/APA Motion is WITHDRAWN without prejudice.

BY THE COURT:

_____
PATRICA L. DODGE
United States Magistrate Judge

Case 2:25-cv-01537-PLD   Document 47-1   Filed 11/24/25   Page 2 of 2