# EXHIBIT A

## Proposed Notice and Hearing Order

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, as Administrative Agent, Collateral Agent, Lender and Issuer<br><br>Plaintiff,<br><br>v.<br><br>FOURTH STREET BARBECUE INC.<br><br>Defendant. | Civil Action No: 2:25-cv-01537-PLD |

**ORDER (I) SETTING EXPEDITED HEARING ON SALE MOTION AND
(II) APPROVING FORM OF AUCTION NOTICE**

AND NOW, this ___day of December, 2025, upon consideration of the *Receiver's Expedited Motion for an Order Approving (I) Employment of Auctioneer and (II) Sale of Company Assets* (the "Motion"),[1] and the Court being satisfied that: (i) the Court has subject matter jurisdiction over this action and personal jurisdiction over the Defendant, and venue properly lies in this district; (ii) the relief is necessary, appropriate, and in the best interest of the Receiver, the estate and its creditors; and (iii) good and sufficient cause appearing therefore; it is hereby:

1.   A hearing to consider approval of the Motion is scheduled for **December _____, 2025 at _____ (Prevailing Eastern Time) in Courtroom 9A, 9th Floor, Joseph F, Weis Jr. U.S. Courthouse, 7000 Grant Street, Pittsburgh, PA, 15219.**

2.   Any objection to the Motion must be filed on or before **December _____, 2025.**

3.   The Auction Notice attached as **Exhibit 1** to this Order is approved.

---

[1] All capitalized terms not otherwise defined herein have the meaning given to them in the Motion.

{C1389512.3 }                                            2

4. The Receiver is directed to provide the Auction Notice to all creditors and parties in interest.

5. The Receiver is authorized to take any and all actions necessary to effectuate the relief granted herein.

BY THE COURT:

_____
PATRICA L. DODGE
United States Magistrate Judge

{C1389512.3}                                       3

# EXHIBIT 1

**<u>Auction Notice</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, as Administrative Agent, Collateral Agent, Lender and Issuer<br><br>**Plaintiff,**<br><br>v.<br><br>**FOURTH STREET BARBECUE INC.**<br><br>**Defendant.** | Civil Action No: 2:25-cv-01537-PLD |

**NOTICE OF AUCTION MOTION AND PROPOSED SALE**

     **PLEASE TAKE NOTICE** that, on October 3, 2025, Huntington National Bank, in its capacity as Administrative Agent and as a Lender (the "Plaintiff"), filed *Plaintiff the Huntington National Bank's Complaint for Breach of Credit Agreement* [ECF No. 1] in the United States District Court for the Western District of Pennsylvania (this "Court") commencing the above-subject action against Fourth Street Barbecue Inc. (the "Company").

     **PLEASE TAKE FURTHER NOTICE** that, October 20, 2025, the Court entered the *Order Appointing Receiver* [ECF No. 20] (the "Original Receivership Order") appointing JS Held, LLC d/b/a Morris Anderson & Associates, Ltd. and Mr. Mark Welch (together, the "Receiver") as the Receiver for the Company. On November 3, 2025, the Original Receivership Order was modified [ECF No. 33] (the "Receivership Order")[1] to provide additional protections to the Receivership Estate and clarification of the Receiver's duties and obligations.

     **PLEASE TAKE FURTHER NOTICE** that, on December 5, 2025, the Receiver filed *Receiver's Expedited Motion for an Order Approving (I) Employment of Auctioneer, (II) Sale of Company Assets; and (III) Notice Procedures Related Thereto* [ECF No. [•]] (the "Auction Motion") seeking, among other things, entry of an order (i) authorizing the Receiver to employ Hyperams, LLC (the "Auctioneer") as auctioneer pursuant to the Auction Agreement attached to the Motion as **Exhibit C**; (ii) approval of the sale (the "Sale") of the Company Assets pursuant to the terms of the Auction Agreement free and clear of liens and encumbrances, including those of PACA/PASA Claims, but with such liens and encumbrances, if any, attaching to the proceeds of the Sale in the amount and priority as existed in the Company Asset(s) at the time of the Sale.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

{C1385999.2 }

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Auction Motion (the "Hearing") is presently scheduled to take place on **December [•], 2025 at [•]  (Prevailing Eastern Time,** before the Honorable Patricia L. Dodge, **Courtroom 9A, 9th Floor, Joseph F, Weis Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA, 15219.**

**PLEASE TAKE FURTHER NOTICE** that any objection to the Auction Motion, including the Sale of Company Assets pursuant to the Auction Motion **must be filed on or before December [•], 2025** (the "Objection Deadline").  Each objection shall state the legal and factual basis of such objection.

**PLEASE TAKE FURTHER NOTICE** that any party or entity who fails to timely make an objection to the Auction Motion on or before the Objection Deadline shall be forever barred from asserting any objection to the Auction Motion or the Sale, including with the respect to the transfer of any Company Asset free and clear of all liens, claims, encumbrances, and other interests, specifically PACA/PASA Claims.  Any creditor that receives notice of the Auction Motion ad Hearing and fails to timely file an objection to the Auction Motion shall be deemed to have consented to the Proposed sale and clear of such creditor's lien, claim or interest, if any.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Receivership Order and / or the Auction Motion may be obtained by making written request to the undersigned at the address provided below.

Dated: December 5, 2025                              CAMPBELL & LEVINE, LLC

                                              By: */s/ Alexis A. Leventhal*
                                              Paul J. Cordaro, Esq.
                                              PA I.D. No. 85828
                                              pcordaro@camlev.com
                                              Alexis A. Leventhal, Esq.
                                              PA I.D. No. 324472
                                              aleventhal@camlev.com
                                              310 Grant St., Suite 1700
                                              Pittsburgh, PA 15219
                                              Tel: 412-261-0310
                                              Fax: 412-261-5066

                                              *Counsel to the Receiver*