**EXHIBIT B**

**Proposed Auction Order**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, as Administrative Agent, Collateral Agent, Lender and Issuer<br><br>Plaintiff,<br><br>v.<br><br>FOURTH STREET BARBECUE INC.<br><br>Defendant. | Civil Action No: 2:25-cv-01537-PLD |

## ORDER (I) APPROVING EMPLOYMENT OF AUCTIONEER AND (II) SALE OF COMPANY ASSETS

AND NOW, this ____ day of December, 2025, upon consideration of the *Receiver's Expedited Motion for an Order Approving (I) Employment of Auctioneer and (II) Sale of Company Assets* (the "Motion"),[2] and the Court being satisfied that: (i) the Court has subject matter jurisdiction over this action and personal jurisdiction over the Defendant, and venue properly lies in this district; (ii) the relief is necessary, appropriate, and in the best interest of the Receiver, the estate and its creditors; and (iii) good and sufficient cause appearing therefore; it is hereby:

6. The Motion is Granted on a final basis as set forth herein.

7. The Receiver is authorized to enter into the Auction Agreement attached as **Exhibit C** to the Motion.

8. The Proposed Sale is approved pursuant to the terms of the Auction Agreement and the Auctioneer and Receiver are authorized to proceed with the Liquidation and Auction.

9. All Company Assets sold pursuant to the Proposed Sale shall be free and clear of all liens, claims, interests, and any other encumbrances, including PACA/PASA Claims, which liens,

---

[2] All capitalized terms not otherwise defined herein have the meaning given to them in the Motion.

{C1389512.3 }

claims, interests, and any other encumbrances, if any, shall attach to the proceeds of the Proposed Sale in the same amount and priority as existed in the sold Company Asset(s).

10. The Receiver is authorized to take any and all actions necessary to effectuate the relief granted herein.

BY THE COURT:

_____
PATRICA L. DODGE
United States Magistrate Judge

{C1389512.3 }