# **EXHIBIT 1**

Master Lease Agreement



# Master Lease Agreement

Date: 04/21/2025

| | | | |
|---|---|---|---|
| **Lessee Name** : FOURTH STREET BARBECUE | | **Contact Name :** | Mike Von Lehman |
| **Mailing Address:** 119 Route N 88 | | **Email Contact :** | MVonlehman@fourthstreetbbq.com |
| **City, State, Zip** : Charleroi, PA 15022 | | | |
| **Telephone** : | | **Master Lease #:** | 1601221 |

This Master Lease Agreement ("MLA") is made between Premier Trailers, LLC d/b/a Premier Trailer Leasing ("PREMIER") with offices at 5201 Tennyson Pkwy, Suite 250, Plano, TX 75024 ("PREMIER"), and the lessee located at the address stated above ("Lessee").

This MLA, together with each leasing schedule entered into in connection with this MLA from time to time (the "Leasing Schedules"), any rental agreement entered into in connection with the Leasing Schedules (the "Rental Agreements"), and PREMIER's Standard Terms and Conditions ("T/C's"), which are available at **PremierTrailerLeasing.com** and sets forth the terms and conditions upon which PREMIER will lease to Lessee and Lessee will lease from PREMIER the semi-trailer(s), chassis, refrigerated trailer(s), or other over- the-road or storage equipment together with the attached satellite(s), tracking device(s), refrigeration hour meter(s), hub odometer(s), and related harnesses, as applicable (the "Equipment"), specified in Leasing Schedules. The Leasing Schedules, Rental Agreements, and T/C's are incorporated into this MLA. All capitalized terms used but not defined in this MLA will have the meanings set forth in the T/C's.

## 1. Term
The commencement date is the first day of the month following the date both parties have signed the Agreement, provided that all units have been delivered to the Lessee. In the alternative, if the Agreement is signed by both parties prior to the delivery of all units to the Lessee, the commencement date will be the first day of the month following the date that the last unit is delivered to the Lessee. If there are units delivered to the Lessee prior to the commencement date of this Agreement, those units will be deemed "on rent" to Lessee on a month-to-month basis at the lease rate until such time that the Lease Term commences.

## 2. Payment Terms
During the Lease Term, Lessee agrees to pay to PREMIER the amount specified in the Leasing Schedule (the "Lease Payments") in accordance with the payment periods set forth in Leasing Schedule, with the first Lease Payment being due on the date specified in the Leasing Schedule. Lessee will also pay PREMIER any additional rental charges or Use Charges as stipulated in the Leasing Schedule, Rental Agreement, and/or the T/C's.

| Premier Trailers, LLC | | LESSEE: | FOURTH STREET BARBECUE |
|---|---|---|---|
| BY: | *Edward Behnen* (signature) | BY: | *Michael Von Lehman* (signature) |
| NAME: | Edward Behnen | NAME: | Mike Von Lehman |
| TITLE: | Sr. Vice President of Sales | TITLE: | CRO |
| DATE: | 4/28/25 | DATE: | 4/21/25 |

Schedule A: 16012-C001  Page: 4