## **EXHIBIT 2**

Lease Schedule



# Lease Schedule

Schedule A: 16012-C001

Date: 04/21/2025

| | | | |
|---|---|---|---|
| **Lessee Name** : | FOURTH STREET BARBECUE | **Contact Name** : | Mike Von Lehman |
| **Mailing Address:** | 119 Route N 88 | **Email Contact** : | MVonlehman@fourthstreetbbq.com |
| **City, State, Zip** : | Charleroi, PA 15022 | | |
| **Telephone** : | | **Master Lease #:** | 1601221 |

This Leasing Schedule, together with the master lease agreement designated above (the "Master Lease"), any Leasing Commitment, the Standard Terms and Conditions (the "T/C's"), any rental agreement entered into in connection with this Leasing Schedule (the "Rental Agreement(s)"), and any addenda hereto, constitutes a lease of the Equipment described below between Premier Trailers, LLC d/b/a Premier Trailer Leasing ("PREMIER") and the lessee designated above ("Lessee"). All the terms and conditions of the Master Lease, T/C's, and Rental Agreement(s) are incorporated into this Leasing Schedule. All capitalized terms used but not defined in this Leasing Schedule will have the meanings set forth in the Master Lease.

## 1. Description of Equipment

See the attached equipment schedule (the "Equipment Schedule") for complete description

| Schedule A | Quantity | Year | Model(s) |
|---|---|---|---|
| 16012-C001 | 4 | 2023 - 2026 | REEFER 53 |
| 16012-C001 | 1 | 2019 - 2022 | REEFER 53 |

## 2. Lease Type

Lease Type: **Maintenance**

The equipment will be subject to maintenance requirements in accordance with Lease type designated above.

## 3. Lease Term and Commencement

Base Lease Term:

**24** month(s) per trailer to begin on commencement date described below.

Commencement Date:
The commencement date is the first day of the month following the date both parties have signed the Agreement, provided that all units have been delivered to the Lessee.

In the alternative, if the Agreement is signed by both parties prior to the delivery of all units to the Lessee, the commencement date will be the first day of the month following the date that the last unit is delivered to the Lessee.

If there are units delivered to the Lessee prior to the commencement date of this Agreement, those units will be deemed "on rent" to Lessee on a month-to-month basis at the lease rate until such time that the Lease Term commences.

First Regular Payment Date:
Advanced billing will start on the 15th of the month following the commencement date; provided, that a per diem amount will apply to each unit of Equipment from such date of delivery to or pickup by Lessee prior to the commencement date at the rate set forth in the Rental Agreement.

Customer Initials *MVL*   Schedule A: 16012-C001  Page: 1

4. Rates

| | | |
|---|---|---|
| 2023 - 2026<br>REEFER 53<br>Schedule A: 16012-C001 | Monthly Lease Payment | $1385.00 |
| | Maintenance Provided | $0.05 cost/mile; 500 estimated miles |
| | Tracking | $0.83 cost/day |
| | LDW | $4.00 cost/day; $5000 deductible |
| | Reefer Hours | $1.50 cost/hour; 200 estimated hours |
| 2019 - 2022<br>REEFER 53<br>Schedule A: 16012-C001 | Monthly Lease Payment | $1040.00 |
| | Maintenance Provided | $0.05 cost/mile; 500 estimated miles |
| | Tracking | $0.83 cost/day |
| | LDW | $4.00 cost/day; $5000 deductible |
| | Reefer Hours | $1.50 cost/hour; 200 estimated hours |

\* Payment and/or charges excluding all taxes and other rates and charges.

\*\* Mileage charges based on cents per mile for all miles (mileage charges will be billed on a monthly basis based on estimated miles with a true-up based on the hubometer readings as they become available from time to time).

\*\* The availability of new production units is contingent upon supply chain constraints and manufacturers meeting their production schedule. Therefore, new production units are subject to delay and/or non-delivery.

Customer Initials *MVL*

Schedule A: 16012-C001  Page: 2

## 5. Invoices and Payments

All Lease Payments and other charges incurred by Lessee will be invoiced to Lessee on a monthly basis in advance; provided, that the Lease Payments and charges incurred by Lessee will be payable when due whether or not notice or demand is given. Amounts billed to Lessee are due within 15 days, are **non-refund**able and will be due and payable irrespective of any return of the Equipment, dispute under this Lease, **or purported** cancellation or termination by Lessee.

All invoices will be directed to Lessee at the address set forth above. All Lease Payments and other charges provided for in this Lease will be payable at the following office of PREMIER or at any other place subsequently designated by PREMIER in writing:

| | |
|---|---|
| **Mailing Address:** | PO Box 206553 |
| | Dallas, TX 75320-6553 |
| **Attention:** | Premier Trailers, LLC |

## 6. Reaffirmation of Lessee's Warranties and Acknowledgements

Lessee reaffirms that its representations and warranties set forth in the T/C's are true and correct on the date both parties have signed below.

Lessee must sign and return this Leasing Schedule and related Master Lease documents within thirty (30) days of **04/21/2025**. Failure of Lessee to sign and return within the specified time will result in PREMIER's option of withdrawing and/or modifying the terms of this Leasing Schedule.

The below parties have duly executed the Leasing Schedule as of the date both parties have signed below.

| **Premier Trailers, LLC** | | **LESSEE: FOURTH STREET BARBECUE** |
|---|---|---|
| BY: *[signature: Edward Behnen]* | | BY: *[signature: Michael Von Lehman]* |
| NAME: Edward Behnen | | NAME: Mike Von Lehman |
| TITLE: Sr. Vice President of Sales | | TITLE: CRO |
| DATE: *[handwritten: 4/28/25]* | | DATE: 4/21/25 |

Schedule A: 16012-C001  Page: 3



# Equipment Schedule

Schedule A: 16012-C001
Date: 05/19/2025

**Lessee Name** : FOURTH STREET BARBECUE
**Mailing Address:** 119 Route N 88
**City, State, Zip** : Charleroi, PA 15022
**Telephone** :

**Contact Name :** Mike Von Lehman
**Email Contact :** MVonlehman@fourthstreetbbq.com

**Master Lease #:** 1601221

## Description Of Trailers

| Unit | In Service Date | Primary Branch | Outbounding Branch |
|---|---|---|---|
| R5210307 | 04/01/2025 | PTL - Pittsburgh | PTL - Pittsburgh |
| R5240488 | 04/01/2025 | PTL - Pittsburgh | PTL - Pittsburgh |
| R5240489 | 04/01/2025 | PTL - Pittsburgh | PTL - Pittsburgh |
| R5250134 | 04/01/2025 | PTL - Pittsburgh | PTL - Pittsburgh |
| R5250432 | 04/01/2025 | PTL - Pittsburgh | PTL - Pittsburgh |

## Description Of Accessories, Equipment and Devices

| Unit | Tracking Unit | Tracking Type |
|---|---|---|
| R5210307 | TK | Thermoking / TRACK |
| R5240488 | TK | Thermoking / TRACK |
| R5240489 | TK | Thermoking / TRACK |
| R5250134 | TK | Thermoking / TRACK |
| R5250432 | TK | Thermoking / TRACK |