# **EXHIBIT 3**

Rental Agreement – 014R-000755-15

# Premier® TRAILER LEASING

| | |
|---|---|
| MLA # | |
| Schedule A # | |
| RA # | 014R-000755-15 |

This Rental Agreement ("RA") hereby incorporates Premier Trailer Leasing's Standard Terms and Conditions ("T/C's") viewable at www.premiertrailerleasing.com. This RA will be made a part of any master lease agreement ("MLA") and leasing schedule ("Leasing Schedule").

| | | | |
|---|---|---|---|
| Lessee: FOURTH STREET BARBECUE | | Customer #: 16012 | Cust PO#: . |
| Address: 119 ROUTE NORTH 88 | | Authorized By: | Phone: |
| Address 2: | | City, State, Zip: CHARLEROI, PA 15022 | |
| Trailer #: R5180158 | Model: REEFER53 2018 | Yr: 2018   Make: HYUNDAI | Y/N   Initials |
| Certificate #: | License: AB9362   State: OK | Serial #: 3H3V532C8JT236158 | LDW Accepted: Y |
| Day: 124.58   WK: 489.33   MO: 1495.00 | Min Term (Months): 0 | Free Days: 0   Billing: MONTH-28 | LDW:  5.00/Day  0.00/Mo. |
| Service Level: M | Rate/Mi: 0.05   Est Miles/Cycle: 200.00 | Free Mi: 0   Free Mi/Cycle: 0.00 | LDW Deductible: 5000.00 |
| Brake Wear (/8th): 0.00 | Tire Wear(/32nd): 0.00 | Straps: 0.00 | Reefer/Hr: 1.75   Fuel/Gal: 8.00 |
| Outbound Location: PITTSBURGH | One-way: N | Inbound Location: | |
| Trailer Tracking Unit Attached: TracKing Reefer Monitoring System: Inactive | | | |
| Date Out: 6/25/2025   FHWA Date: 5/1/2024 | | Date In: | |
| Return Location: | | Drop Charge: 0.00   Intended Use: | |
| Hr Out: 17321 | Fuel Out: 42   Hubo Out: 136074 | Hr In: 0   Fuel In: 0   Hubo In: | |
| COMMENTS: | | COMMENTS: | |

**OUTBOUND READINGS**

| Tire | Brand | O/R | 32nd | Psi | Brand | O/R | 32nd | Psi | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LFO | GOODYEAR | O | 8 | | RFO: GOODYEAR | O | 7 | | LF: | 4 |
| LFI | GOODYEAR | O | 8 | | RFI: GOODYEAR | O | 7 | | RF: | 3 |
| LRO | GOODYEAR | R | 8 | | RRO: GOODYEAR | O | 9 | | LR: | 3 |
| LRI | CONTINENTAL | R | 13 | | RRI: GOODYEAR | O | 9 | | RR: | 4 |
| LCO | | | | | RCO: | | | | LC: | 0 |
| LCI | | | | | RCI: | | | | RC: | 0 |
| Totals | | | | | | TW: 69 | | | | BW: 14 |

**INBOUND READINGS**

| Tire | Brand | O/R | 32nd | Psi | Brand | O/R | 32nd | Psi | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LFO | | | | | RFO: | | | | LF: | 0 |
| LFI | | | | | RFI: | | | | RF: | 0 |
| LRO | | | | | RRO: | | | | LR: | 0 |
| LRI | | | | | RRI: | | | | RR: | 0 |
| LCO | | | | | RCO: | | | | LC: | 0 |
| LCI | | | | | RCI: | | | | RC: | 0 |
| Totals | | | | | | TW: 0 | | | | BW: 0 |

**Legend**: B = Bent, S = Scratch, **BR** = Broken, **C** = Cut, **H** = Hole, **D** = Dent, **M** = Missing, **P** = Patch, **SC** = Section



Exterior — Rear, Front, Right, Left

Interior — Front, Doors, Right, Left, Roof, Floor

Lessee or its agent acknowledge receipt of the Trailer listed above in good repair and working condition subject to any exceptions listed above.
Missing Trailer Tracking Unit will result in a $400 charge when trailer is returned.

| | | | |
|---|---|---|---|
| Inspector: | Dull, Michael | Inspector: | |
| Driver: | | Driver: | none |
| | PUL | | |
| License # | PA PUL | License # | none |