## **EXHIBIT 7**

Rental Agreement – 014R-000755-17



MLA #: 
Schedule A #: 
RA #: 014R-000755-17

This Rental Agreement ("RA") hereby incorporates Premier Trailer Leasing's Standard Terms and Conditions ("T/C's") viewable at www.premiertrailerleasing.com. This RA will be made a part of any master lease agreement ("MLA") and leasing schedule ("Leasing Schedule").

| | | |
|---|---|---|
| Lessee: FOURTH STREET BARBECUE | Customer #: 16012 | Cust PO#: . |
| Address: 119 ROUTE NORTH 88 | Authorized By: | Phone: |
| Address 2: | City, State, Zip: CHARLEROI, PA 15022 | |
| Trailer #: R5220149 | Model: REEFER53 2022 | Yr: 2022  Make: HYUNDAI  Y/N  Initials |
| Certificate #: | License: 168035T  State: TN | Serial #: 3H3V532K5NJ092044  LDW Accepted: Y |
| Day: 124.58  WK: 498.33  MO: 1495.00 | Min Term (Months): 0 | Free Days: 0  Billing: MONTH-28  LDW: 5.00/Day  0.00/Mo. |
| Service Level: M  Rate/Mi: 0.05 | Est Miles/Cycle: 250.00 | Free Mi: 0  Free Mi/Cycle: 0.00  LDW Deductible: 5000.00 |
| Brake Wear (/8th): 0.00  Tire Wear(/32nd): 0.00 | | Straps: 0.00  Reefer/Hr: 1.75  Fuel/Gal: 8.00 |
| Outbound Location: PITTSBURGH | One-way: N | Inbound Location: |
| Trailer Tracking Unit Attached: TracKing Reefer Monitoring System: Active ($0.99/Da | | |
| Date Out: 6/25/2025  FHWA Date: 5/27/2025 | | Date In: |
| Return Location: | Drop Charge: 0.00  Intended Use: | |
| Hr Out: 2791  Fuel Out: 50  Hubo Out: 35768 | | Hr In: 0  Fuel In: 0  Hubo In: |
| COMMENTS: | | COMMENTS: |

**OUTBOUND READINGS**

| Tire | Brand | O/R | 32nd | Psi | | Brand | O/R | 32nd | Psi | |
|---|---|---|---|---|---|---|---|---|---|---|
| LFO | CONTINENTAL | O | 11 | | RFO: | CONTINENTAL | O | 11 | | LF: 6 |
| LFI | CONTINENTAL | O | 11 | | RFI: | CONTINENTAL | O | 11 | | RF: 6 |
| LRO | CONTINENTAL | O | 10 | | RRO | OTHER | O | 8 | | LR: 6 |
| LRI | CONTINENTAL | O | 10 | | RRI: | CONTINENTAL | O | 11 | | RR: 6 |
| LCO | | | | | RCO | | | | | LC: 0 |
| LCI | | | | | RCI: | | | | | RC: 0 |
| Totals | | | TW: 83 | | | | | BW: 24 | | |

**INBOUND READINGS**

| Tire | Brand | O/R | 32nd | Psi | | Brand | O/R | 32nd | Psi | |
|---|---|---|---|---|---|---|---|---|---|---|
| LFO | | | | | RFO: | | | | | LF: 0 |
| LFI | | | | | RFI: | | | | | RF: 0 |
| LRO | | | | | RRO | | | | | LR: 0 |
| LRI | | | | | RRI: | | | | | RR: 0 |
| LCO | | | | | RCO | | | | | LC: 0 |
| LCI | | | | | RCI: | | | | | RC: 0 |
| Totals | | | TW: 0 | | | | | BW: 0 | | |

**Legend**: **B** = Bent, **S** = Scratch, **BR** = Broken, **C** = Cut, **H** = Hole, **D** = Dent, **M** = Missing, **P** = Patch, **SC** = Section



Lessee or its agent acknowledge receipt of the Trailer listed above in good repair and working condition subject to any exceptions listed above. Missing Trailer Tracking Unit will result in a $400 charge when trailer is returned.

| | | | |
|---|---|---|---|
| Inspector: | Dull, Michael | Inspector: | |
| Driver: | *[signature]* BLANE PRINKEY | Driver: | none |
| License # | PA 24483200 | License # | none |