**<u>EXHIBIT 10</u>**

Rental Agreement – 014R-0000718-2

# Premier® TRAILER LEASING

| | |
|---|---|
| MLA # | |
| Leasing Schedule # | |
| RA # | 014R-000718-2 |

This Rental Agreement ("RA") hereby incorporates Premier Trailer Leasing's Standard Terms and Conditions ("T/C's") viewable at www.premiertrailerleasing.com. This RA will be made a part of any master lease agreement ("MLA") and leasing schedule ("Leasing Schedule").

| Lessee: FOURTH STREET BARBECUE | | | Customer #: 16012 | | Cust PO#: DRY VANS |
|---|---|---|---|---|---|
| Address: 119 ROUTE NORTH 88 | | | Authorized By: | | Phone: |
| Address 2: | | | City, State, Zip: CHARLEROI, PA 15022 | | |
| Trailer #: PTLZ201487 | Model: P53ARSW 2020 | | Yr: 2020   Make: HYUNDAI | | Y/N    Initials |
| Certificate #: | License: AK2590 | State: OK | Serial #: 3H3V532C7LR227337 | | LDW Accepted:  Y |
| Day: 38.41    WK: 145.67    MO: 437.00 | | | Min Term (Months): 0 | Free Days: -6  Billing: MONTH | LDW:  2.00/Day   0.00/Mo. |
| Service Level: M | Rate/Mi: 0.05 | Est Miles/Cycle: 500.00 | Free Mi: 0 | Free Mi/Cycle: 0.00 | LDW Deductible: 1500.00 |
| Brake Wear (/8th): 0.00 | Tire Wear(/32nd): 0.00 | | Straps: 0.00 | | Reefer/Hr: 0.00   Fuel/Gal: 0.00 |
| Outbound Location: PITTSBURGH | | One-way: N | Inbound Location: | | |
| Trailer Tracking Unit Attached: TRACK-BK2007111709: Inactive | | | Satelite Monitoring (Reefers Only): N/A | | |
| Date/Time Out: 3/12/2025 | | Hubo Out: 262597 | Date/Time In: | | Hubo In: |
| Return Location: | | | Drop Charge: 0.00 | Intended Use: | |
| Hr Out: 0 | Fuel Out: 0 | | Hr In: 0 | Fuel In: 0 | |
| COMMENTS: | | | COMMENTS: | | |

## OUTBOUND READINGS / INBOUND READINGS

| Tire | Brand | O/R | 32nd | Psi | Brand | O/R | 32nd | Psi | Tire | Brand | O/R | 32nd | Psi | Brand | O/R | 32nd | Psi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LFO | OTHER | O | 8 | | BRIDGESTONE | R | 12 | 7 | LFO | | | | | RFO: | | | 0 | LF: | | | 0 |
| LFI: | OTHER | O | 10 | | RFI: OTHER | R | 12 | 7 | LFI: | | | | | RFI: | | | | RF: | 0 |
| LRO | OTHER | O | 11 | | RRO OTHER | R | 12 | 7 | LRO | | | | | RRO | | | | LR: | 0 |
| LRI: | OTHER | O | 11 | | RRI: GOODYEAR | R | 12 | 7 | LRI: | | | | | RRI: | | | | RR: | 0 |
| LCO | | | | | RCO | | | | LCO | | | | | RCO | | | | LC: | 0 |
| LCI: | | | | | RCI: | | | | LCI: | | | | | RCI: | | | | RC: | 0 |
| Totals | | TW: 88 | | BW: 28 | | | | | Totals | | TW: 0 | | | | | BW: 0 |

FHWA Due: (Outbound)   FHWA Due: (Inbound)

**Legend: B** = Bent, **S** = Scratch, **BR** = Broken, **C** = Cut, **H** = Hole, **D** = Dent, **M** = Missing, **P** = Patch, **SC** = Section



Exterior — Rear, Front, Right, Left
Interior — Front, Doors, Right, Left, Roof, Floor

Lessee or its agent acknowledge receipt of the Trailer listed above in good repair and working condition subject to any exceptions listed above.
Missing Trailer Tracking Unit will result in a $400 charge when trailer is returned.

| Inspector: | Dull, Michael | Inspector: | |
|---|---|---|---|
| Driver: | JAKE WORM | Driver: | none |
| License # | PA 6149271200 | License # | none |