# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE HUNTINGTON NATIONAL BANK, as
Administrative Agent, Collateral Agent, Lender and
Issuer,

        Plaintiff,

    v.

FOURTH STREET BARBECUE INC.

        Defendant.

Civil Action No. 2:25-cv-01537-PLD

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Premier Trailers,

LLC's Expedited Motion (the "Motion") for Leave to Terminate Lease Agreements and Repossess

Collateral, and any response thereto, it is hereby ORDERED that said MOTION is GRANTED

with regard to the following:

a.      Premier Trailers, LLC is permitted to terminate the Agreements[1];

b.      Premier Trailers, LLC is permitted to take possession of the Trailers that remain

in the possession or control of Receiver and/or the Defendant; and

c.      The Defendant shall provide Premier Trailers, LLC's representatives with access

to the Trailers for repossession within 24 hours from the entry of this Order.

_____
The Honorable Patricia L. Dodge

---

[1] A capitalized terms not defined herein shall have the same meaning as set forth in the Motion.