IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, as Administrative Agent, Collateral Agent, Lender and Issuer,<br><br>Plaintiff,<br><br>v.<br><br>FOURTH STREET BARBECUE INC.,<br><br>Defendant. | Civil Action No: 2:25-cv-01537-PLD |

**ORDER GRANTING MOTION OF THE RECEIVER FOR AN ORDER
(I) SCHEDULING AN EXPEDITED HEARING ON GOING CONCERN SALE
OF COMPANY ASSETS; AND (II) APPROVING FORM OF SALE NOTICE**

AND NOW, this 30th day of December, 2025, upon consideration of the *Motion of the Receiver for an Order to (I) Scheduling an Expedited Hearing on Going Concern Sale of Company Assets; (II) Approving Form of Sale Notice and (III) Approving Going Concern Sale of Company Assets at the Expedited Sale Hearing* (the "Motion"),[1] it is hereby ORDERED as follows:

1. The Motion is Granted as set forth herein.

---

[1] All capitalized terms not otherwise defined herein have the meaning given to them in the Motion.

2. A hearing to consider approval of the APA and Proposed Sale is hereby scheduled for **January 9, 2026 at 1:30 p.m. (Prevailing Eastern Time) in Courtroom 9A, 9th Floor, Joseph F. Weis Jr., U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219**.

3. Objections to the Proposed Sale, if any, must be filed with the Court on or before **January 7, 2026 at 5:00 p.m. (Prevailing Eastern Time)**.

4. The form of Sale Notice attached to the Motion as **Exhibit B** is approved for providing notice of the Proposed Sale and related deadlines to all creditors and parties in interest.

5. The Receiver is authorized to make non-substantive or immaterial changes to the Sale Notice without further order of the Court, including without limitation, change to correct typographical and grammatical errors, update and insert dates consistent with this Order, and any necessary conforming changes.

6. The Receiver shall serve notice of the Sale Notice on all creditors and parties in interest within two (2) business days of this Order.

7. The Receiver is authorized to take any and all actions necessary to effectuate the relief granted herein.

BY THE COURT:

/s/ Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge